**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERICA L. LORAH-RODRIGUEZ | : | CIVIL ACTION |
| INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF LUIS M. RODRIGUEZ, JR., | : | No. 5:25-cv-05226-JMG |
| Plaintiff, | : | JURY TRIAL DEMANDED |
| v. | : | |
| CARY L. ZAMILSKI, | | |
| Defendant. | | |

**PLAINTIFF'S PROPOSED VERDICT FORM**

1. Do you find that Defendant Cary L. Zamilski was negligent?

Yes________________ No________________

If you answer Question 1 "Yes," go to Question 2.

If you answer Question 1 "No," Plaintiff Erica Lorah-Rodriguez cannot recover and you should not answer any further questions.

2. Do you find that the negligence of Defendant Cary L. Zamilski was a factual cause of any harm to Luis M. Rodriguez, Erica Lorah-Rodriguez, Isaiah Rodriguez or Jayden Rodriguez?

Yes________________ No________________

If you answer Question 2 "Yes," go to Question 3.

If you answer Question 2 "No," Plaintiff Erica Lorah-Rodriguez cannot recover and you should not answer any further questions.

3. Do you find that Luis M. Rodriguez was negligent?

Yes________________ No________________

If you answer Question 3 "Yes," go to Question 4.

If you answer Question 3 "No," go to Question 6.

4. Do you find that the negligence of Luis Rodriguez was a factual cause of any harm to himself?

Yes________________ No________________

If you answer Question 4 "Yes," go to Question 5.

If you answer Question 4 "No," go to Question 6.

5. Taking the combined negligence that was a factual cause of any harm to Luis M. Rodriguez, Erica Lorah-Rodriguez, Isaiah Rodriguez or Jayden Rodriguez, what percentage do you attribute to Defendant Cary L. Zamilski and what percentage do you attribute to Mr. Rodriguez?

Percentage of negligence attributable to Defendant Cary L. Zamilski __________%

Percentage of negligence attributable to Luis M. Rodriguez __________%

6. State the amount of damages recoverable under the Survival Act by the Estate of Luis Rodriguez for:

   a. Luis Rodriguez's lost wages from the date of his death through the end of his work life expectancy:

   $______________________________

   b. Pain and suffering, loss of life's enjoyment and pre-impact fright:

   $______________________________

7. State the amount of damages recoverable under the Wrongful Death Act by:

   a. Plaintiff Erica Lorah-Rodriguez:

      i. For hospital, medical, funeral and estate administration expenses incurred:

$______________________________

      ii. For the loss of services, companionship, affection, cooperation, assistance, and sexual relationship Luis Rodriguez would have provided to Erica Lorah-Rodriguez during his life and the emotional and psychological loss Erica Lorah-Rodriguez suffered as a result of Luis Rodriguez's death:

$______________________________

   b. Isaiah Rodriguez:

      i. For the loss of services, guidance, teaching, training, upbringing, advice and care Luis Rodriguez would have provided to Isaiah during Luis Rodriguez's life expectancy, and the emotional and psychological loss Isaiah suffered as a result of his father's death:

$______________________________

   c. Jayden Rodriguez:

      i. For the loss of services, guidance, teaching, training, upbringing, advice and care Luis Rodriguez would have provided to Jayden during Luis Rodriguez's life expectancy, and the emotional and psychological loss Isaiah suffered as a result of his father's death:

$______________________________

DATE: _____________

______________________________
FOREPERSON

**AFTER THIS VERDICT FORM IS COMPLETED AND HAS BEEN SIGNED BY THE FOREPERSON, PLEASE RETURN TO THE COURTROOM.**

**GLS INJURY LAW, P.C.**

Date: 8/19/26

BY: ______________________________

Christopher P. Larsen, Esquire
Attorney I.D. No.: 84166
2168 Embassy Drive
Lancaster, PA 17603
(717) 394-3004
Attorney for Plaintiff
chris@glsinjurylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure.

**SERVICE BY EMAIL ADDRESSED AS FOLLOWS:**

EMAIL: jfeigenbaum@postschell.com
Josel Feigenbaum, Esquire
Post & Schell
3 Logan Square, 24th Floor
1717 Arch Street
Philadelphia, PA 19103
Attorney for Defendant, Cary Zamilski

**GEORGELIS, LARSEN & SABATINO INJURY LAW FIRM, P.C.**

Dated: 8/19/26

By: ______________________
Christopher P. Larsen, Esquire
Attorney I.D. No.: 84166
*Attorney for Plaintiff*