**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERICA L. LORAH-RODRIGUEZ INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF LUIS M. RODRIGUEZ, JR., | : | **CIVIL ACTION** |
| Plaintiff, | : | **No. 5:25-cv-05226-JMG** |
| v. | : | **JURY TRIAL DEMANDED** |
| CARY L. ZAMILSKI, | : | |
| Defendant. | | |

**DEFENDANT'S PROPOSED VERDICT SLIP**

**Question 1:**

Do you find that Defendant, Cary Zamilski was negligent:

Yes _______ No _______

If the answer to Question 1 is "No", tell the court officer you have reached a verdict. Otherwise, proceed to Question 2.

**Question 2:**

Was the negligence of Defendant, Cary Zamilski a substantial factor in causing harm to Luis Rodriguez?

Yes _______ No _______

If you answered Question 2 "No," please return to the courtroom. If you answered Question 2 "Yes," go to Question 3.

**Question 3:**

Was Luis Rodriguez negligent?

Yes _______ No _______

If you answer Question 3 "Yes," go to Question 4. If you answer Question 3 "No," go to Question 6.

**Question 4:**

Was Luis Rodriguez negligence a substantial factual in bringing about harm to himself?

Yes _______ No _______

If you answer Question 4 "Yes," go to Question 5. If you answer Question 4 "No," go to Question 6.

**Question 5:**

Taking the combined negligence that was a substantial factor of any harm to Luis Rodriguez as 100%, what percentage of that negligence do you attribute to each party?

Percentage of causal negligence attributable to Defendant, Cary Zamilski ______%
(Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant)

Percentage of causal negligence attributable to Luis Rodriguez ______%
(Answer only if you have answered "Yes" to Questions 3 and 4 for Luis Rodriguez)

**Total 100%**

If you have found Luis Rodriguez's percentage is greater than 50 percent, Plaintiff, Erica Lorah-Rodriguez cannot recover, and you should not answer any other questions. Please tell the court officer you have reached a verdict. Otherwise, proceed to Question 6.

**Question 6:**

State the amount of damages, if any, sustained by , Plaintiff, Erica Lorah-Rodriguez as a result of the accident.

$________________

Do not reduce the amount of damages by the percentage of causal negligence, if any, that you have attributed to Luis Rodriguez.

Advise the court officer that you have reached a verdict.

**FOREPERSON**

**Date: _________________** ____________________________

Respectfully submitted,

**POST & SCHELL, P.C.**

**BY**:

**DATED:** August 19, 2026

MARC H. PERRY, ESQUIRE
ATTY. I.D. # 68610
EMAIL: mperry@postschell.com
JOEL H. FEIGENBAUM, ESQUIRE
ATTY. I.D. # 315866
EMAIL: jfeigenbaum@postschell.com
ATTORNEY FOR DEFENDANT,
CARY L. ZAMILSKI

3 LOGAN SQUARE, 24TH FLOOR
1717 ARCH STREET
PHILADELPHIA, PA 19103
TELEPHONE: 215-587-1000