**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERICA L. LORAH-RODRIGUEZ<br><br>INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF LUIS M. RODRIGUEZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CARY L. ZAMILSKI,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 5:25-cv-05226-JMG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SETTLEMENT**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

NOTICE IS HEREBY GIVEN that the Plaintiff, Erica L. Lorah-Rodriguez, Individually and as Administrator of the Estate of Luis M. Rodriguez, Jr., and the Defendant, Cary L. Zamilski, have mutually resolved and settled all claims and matters in controversy between them in the above-captioned action. The parties are in the process of finalizing the formal settlement agreement and executing the necessary releases. Consequently, the parties respectfully request that the Court stay all upcoming deadlines, remove any scheduled conferences or trial dates from

the calendar, and grant the parties 60 days to file a formal Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41.

**GLS INJURY LAW**

Dated: 10/1/26

By: ______________________

Christopher P. Larsen, Esquire
Attorney I.D. No.: 84166
2168 Embassy Drive
Lancaster, PA 17603
(717) 394-3004
Attorney for Plaintiff
chris@glsinjurylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure.

**SERVICE BY COURT via ELECTRONIC TRANSMISSION:**

EMAIL: jfeigenbaum@postschell.com
Josel Feigenbaum, Esquire
Post & Schell
3 Logan Square, 24th Floor
1717 Arch Street
Philadelphia, PA 19103
Attorney for Defendant, Cary Zamilski

**GLS INJURY LAW**

Dated: 10/1/26

By: ______________________
Christopher P. Larsen, Esquire
Attorney I.D. No.: 84166
*Attorney for Plaintiff*